# Law Offices of
# Raymond Elvis Gazer
## 172 East 161st Street
## Bronx, New York 10451
## (917)848-0527· REGazer@gmail.com

Raymond Elvis Gazer, Esq.

———————————————

*Via Electronic Court Filing*
Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

November 21st, 2023

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
November 22, 2023

     Re:   United States of America versus Travis Moore
             23-Cr.-00409 (RA)

Your Honor,

     I write on behalf of my client, Travis Moore, to request a temporary modification of the conditions of his release, one of which is home detention. Mr. Moore would like to leave his approved residence on Thursday, November 23rd, 2023, to spend Thanksgiving at his mother's residence located at 15 Saint James Place in Manhattan from around 2 p.m. until 10 p.m., which time period includes all of the necessary travel.

     Pretrial Services opposes all requests for social leave from defendants who are released to home detention, but Mr. Moore's Pretrial Officer, Francesca Piperato, did point out that he has been fully compliant with all of the conditions of his release. The Government defers to Pretrial Service's position and, thus, *does not* consent to this request.

Should the Court have any questions or concerns, I would be happy to address them.  I thank you for your consideration of this matter.

Respectfully submitted,

*Raymond Elvis Gazer*
Raymond Elvis Gazer, Esq.