# Law Offices of
# Raymond Elvis Gazer
## 172 East 161st Street
## Bronx, New York 10451
## (917)848-0527· REGazer@gmail.com

Raymond Elvis Gazer, Esq.

December 13th, 2023

*Via Electronic Court Filing*
Honorable Ronnie Abrams
United States District Court
Southern  District of New York
40 Foley Square
New York, New York 10007

    Re:  United States of America versus Travis Moore
          23-Cr.-00409 (RA)

Your Honor,

    I write on behalf of my client, Travis Moore, to request a temporary modification of the conditions of his release, one of which is home detention.  Mr. Moore would like to leave his approved residence on Friday, December 15th, 2023, to attend his son's holiday school play at the Democracy Prep Charter School, located at 2230 Fifth Avenue in Manhattan from 11:30 a.m. to 12:30 p.m.  I note that this is right before our scheduled conference before the Court, but Mr. Moore states that he will be at the conference on time, even if he has to leave the play before its conclusion.

    Pretrial Services opposes all requests for social leave from defendants who are released to home detention, but Mr. Moore's Pretrial Officer, Francesca Piperato, did point out that he has been fully compliant with all of the conditions of his release.  The Government *objects* to this request.

    Should the Court have any questions or concerns, I would be happy to address them.  I thank you for your consideration of this matter.

                                    Respectfully submitted,

                                    Raymond Elvis Gazer, Esq.

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
December 13, 2023