# Law Offices of
# Raymond Elvis Gazer
## 172 East 161st Street
## Bronx, New York 10451
## (917)848-0527· REGazer@gmail.com

Raymond Elvis Gazer, Esq.

_____

Dedcember 22nd, 2023

*Via Electronic Court Filing*
Honorable Ronnie Abrams
United States District Court
Southern  District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
December 22, 2023

Re:   United States of America versus Travis Moore
      23-Cr.-00409 (RA)

Your Honor,

I write on behalf of my client, Travis Moore, to request a temporary modification of the conditions of his release, one of which is home detention.  Mr. Moore would like to leave his approved residence to take his children to spend Christmas Eve at his mother's residence located at 15 Saint James Place in Manhattan from approximately 11 a.m. to 7 p.m.  He would like to travel again to his mother's residence with his children to spend Christmas Day together from 10 a.m. to 8 p.m.

Pretrial Services opposes all requests for social leave from defendants who are released to home detention, but Mr. Moore's Pretrial Officer, Francesca Piperato, did point out that he has been fully compliant with all of the conditions of his release.  While I was unable to determine the Government's position with respect to *this* request, in a prior, similar request, they deferred to Pretrial Service's position and, thus, *did not* consent.

    Should the Court have any questions or concerns, I would be happy to address them.  I thank you for your consideration of this matter.

                                  Respectfully submitted,

                                  *Raymond Elvis Gazer*
                                  Raymond Elvis Gazer, Esq.