```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   Docket #1:23-cr-00409-RA-2
     -against-                       :   ORDER
                                     :
Travis Moore                         :
                                     :
        Defendant                    :
                                     :
-------------------------------------X
```

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation and treatment as directed by Pretrial Services.

Dated: New York, New York
       January  19 , 2024

SO ORDERED:

_____
Ronnie Abrams
United States District Judge