# Law Offices of
# Raymond Elvis Gazer
## 172 East 161st Street
## Bronx, New York 10451
## (917)848-0527· REGazer@gmail.com

Raymond Elvis Gazer, Esq.

May 9th, 2024

*Via Electronic Court Filing*
Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:  United States of America versus Travis Moore
           23-Cr.-00409 (RA)

Your Honor,

    I write on behalf of my client, Travis Moore, to respectfully request a temporary modification of the conditions of his release, one of which is home detention.  Mr. Moore would like to leave his approved residence, tomorrow, May 10th, 2024, to attend a memorial service to mark the one year anniversary of his grandmother's death.  The service will take place at his uncle's house located at 234 Edgecombe Avenue in Manhattan from 5 p.m. to 9 p.m.

    Pretrial Services opposes all requests for social leave from defendants who are released to home detention.  While I was unable to determine the Government's position with respect to *this* request, in prior, similar requests, they deferred to Pretrial Service's position and, thus, *did not* consent.

Should the Court have any questions or concerns, I would be happy to address them. I thank you for your consideration of this matter.

Respectfully submitted,

*Raymond Elvis Gazer*
Raymond Elvis Gazer, Esq.

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
May 10, 2024