# Law Offices of
# Raymond Elvis Gazer
## 172 East 161st Street
## Bronx, New York 10451
## (917)848-0527· REGazer@gmail.com

Raymond Elvis Gazer, Esq.

_____

July 1st, 2024

*Via Electronic Court Filing*
Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
July 1, 2024

    Re:  United States of America versus Travis Moore
           23-Cr.-00409 (RA)

Your Honor,

    I write on behalf of my client, Travis Moore, to respectfully request a temporary modification of the conditions of his release, one of which is home detention. Mr. Moore would like to leave his approved residence on July 4th, 2024, to attend a barbecue and party to celebrate both his daughter's graduation and son's birthday. The event will take place in Saint Nicholas Park in the area abutting West 133rd Street and Saint Nicholas Avenue. Mr. Moore asks that he be approved to leave his residence at 9 a.m. in order to pick up his children at 2390 Second Avenue and set up the event and return to his residence at 9 p.m.

    Pretrial Services opposes all requests for social leave from defendants who are released to home detention but notes that Mr. Moore has been complying with the conditions of his release. The Government *does not* consent to this request.

    Should the Court have any questions or concerns, I would be happy to address them. I thank you for your consideration of this matter.

                                                    Respectfully submitted,

                                                    *Raymond Elvis Gazer*
                                                    Raymond Elvis Gazer, Esq.