# Law Offices of
# Raymond Elvis Gazer
## 172 East 161st Street
## Bronx, New York 10451
## (917)848-0527· REGazer@gmail.com

Raymond Elvis Gazer, Esq.

_____

                                        August 18th, 2024

*Via Electronic Court Filing*
Honorable Ronnie Abrams
United States District Court
Southern  District of New York
40 Foley Square
New York, New York 10007

        Re:  United States of America versus Travis Moore
             23-Cr.-00409 (RA)

Your Honor,

    I write on behalf of my client, Travis Moore, to
respectfully request a temporary modification of the conditions
of his release, one of which is home detention.  Mr. Moore would
like to leave his approved residence on Wednesday, August 21st,
2024, from 5 p.m. until 9 p.m. to attend a memorial service
commemorating the one year anniversary of the death of his
uncle.  The event will take place at 2367 Frederick Douglass
Boulevard in Manhattan.

    Pretrial Services opposes all requests for social leave
from defendants who are released to home detention, and the
Government *does not* consent to this request.  Should the Court
have any questions or concerns, I would be happy to address
them.  I thank you for your consideration of this matter.


Application granted.                       Respectfully submitted,

SO ORDERED.

_____            Raymond Elvis Gazer, Esq.
Ronnie Abrams, U.S.D.J.
August 19, 2024