# Law Offices of
# Raymond Elvis Gazer
172 East 161st Street
Bronx, New York 10451
(917)848-0527· REGazer@gmail.com

Raymond Elvis Gazer, Esq.
_____

August 28th, 2024

*Via Electronic Court Filing*
Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
August 28, 2024

    Re:   United States of America versus Travis Moore
           23-Cr.-00409 (RA)

Your Honor,

    I write on behalf of my client, Travis Moore, to respectfully request a temporary modification of the conditions of his release, one of which is home detention. Mr. Moore would like to leave his approved residence on August 31st, 2024, to attend a family reunion located inside Saint Nicholas Park, specifically in the area abutting West 134th Street and Saint Nicholas Avenue. Mr. Moore asks that he be allowed to leave his residence at 9 a.m. in order to pick up his children at 2390 Second Avenue, bring them to the event, and then help set it up. He would return to his residence at 10 p.m.

    Pretrial Services opposes all requests for social leave from defendants who are released to home detention, and the Government *does not* consent to this request.

    Should the Court have any questions or concerns, I would be happy to address them.  I thank you for your consideration of this matter.

                                           Respectfully submitted,

                                           Raymond Elvis Gazer, Esq.