UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TRAVIS MOORE,<br>                    Defendant. | No. 23-CR-409 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

IT IS HEREBY ORDERED that defendant's bail conditions are modified as follows:

Mr. Moore shall have no contact with the alleged victim of the April 16, 2024 incident, with the exception of efforts to coordinate visitation with his minor child.

SO ORDERED.

Dated:   September 17, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge