# Mark S. DeMarco

Attorney At Law
100 Lafayette Street, Suite 501
New York, New York 10013
718 239 7070
Fax 718-239-2141
MSDLaw@aol.com

December 22, 2024

The Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10013

**BY ECF & ELECTRONIC MAIL**

Re: *United States v. Travis Moore*
23 Cr. 409 (RA)

Your Honor:

    Mr. Moore, who is currently on home detention and subject to location monitoring, respectfully requests permission to spend Christmas Eve and Christmas Day – December 24, 2024, from 10:00 a.m to 9:00 p.m. and December 25, 2025, from 8:00 a.m to 9:00 p.m – with his children and family at their home located at 2390 Second Avenue in New York City.

    With respect to this application, the Government defers to Pretrial Services, who objects to all social visit requests by defendants who are subject to location monitoring.

    Thank you for your attention to this matter.

Respectfully submitted,

*Mark S. DeMarco*

Mark S. DeMarco
Attorney for Travis Moore

cc: Jun Xiang, Esq.
Assistant United States Attorney

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
December 23, 2024